# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 6:22-po-5052-H-KLD |
| vs. | |
| JOSHUA LOOKABILL, | ORDER |
| Defendant. | |

Based on the United States' motion, and good cause appearing,

IT IS ORDERED that the above-referenced case is dismissed and all future court dates are vacated.

DATED this 27th day of January, 2023.

*Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge